**JS-6**

Emily C. Pera  (SBN: 290445)
**FEDERAL EXPRESS CORPORATION**
2601 Main Street, Suite 340
Irvine, California 92614
Telephone:  (949) 862-4585
Facsimile:   (949) 862-4605
E-mail:  emily.pera@fedex.com

Attorney for Defendant, FEDERAL EXPRESS CORPORATION

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| KAREN CUNNINGHAM<br><br>Plaintiff,<br><br>v.<br><br>FEDEX EXPRESS; and DOES 1-10,<br><br>Defendants. | Case No.  5:14-CV-02249-DTB<br><br>**[PROPOSED] JUDGMENT IN FAVOR OF DEFENDANT FEDERAL EXPRESS CORPORATION**<br><br>**[FRCP 56; LOCAL RULE 56-1]**<br><br>Complaint Filed: May 16, 2014<br>Trial Date:   April 5, 2016 |

### TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD

Defendant Federal Express Corporation's (FedEx) Motion for Summary Judgment came on regularly for hearing before the Honorable David T. Bristow, Magistrate Judge, on January 19, 2016 at 9:30 a.m. in Courtroom 3. Emily C. Pera appeared on behalf of FedEx. Cassandra Jones appeared on behalf of Plaintiff.

### JUDGMENT

The Court, having considered all of the papers and pleadings filed in connection with this motion, and having heard oral argument thereon, being fully advised and good cause appearing therefore:

IT IS HEREBY ORDERED THAT FedEx's Motion for Summary Judgment is granted on the grounds that there exist no triable issues of disputed material facts as to any cause of action asserted by Plaintiff and that FedEx is entitled to judgment as a matter of law.

**FIRST CLAIM**

JUDGMENT IS GRANTED as to Plaintiff's first cause of action for breach of implied contract because FedEx presented evidence strongly supporting Plaintiff's status as an at-will employee and Plaintiff failed to proffer specific, competent evidence to rebut the presumption that her employment was at-will, Cal. Labor Code § 2922.

**SECOND CLAIM**

JUDGMENT IS GRANTED as to Plaintiff's second cause of action for intentional infliction of emotional distress because she failed to present evidence that FedEx's conduct was outside the normal risks of the employment relationship and her claim is preempted by workers' compensation laws.

The Court, having considered the moving and opposition papers, evidence presented, and the arguments of counsel, (Dkt. 40: Order Granting Defendant's Motion for Summary Judgment), hereby GRANTS FedEx's motion and hereby dismisses the claims with prejudice.

DATED: February 9, 2016    _____
                            HON. DAVID T. BRISTOW
                            UNITED STATES DISTRICT COURT JUDGE

FEDERAL EXPRESS CORPORATION
2601 MAIN STREET
SUITE 340
IRVINE, CA 92614

1152974

2

[PROPOSED] JUDGMENT IN FAVOR OF FEDERAL EXPRESS CORPORATION
Case No. 5:14-CV-02249 DTB